NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN GIBSON,<br><br>                       Plaintiff,<br><br>     v.<br><br>COBURN, et al.<br><br>                       Defendants. | Civil Action No. 15-3026 (SDW) (SCM)<br><br>**ORDER**<br><br>January 8, 2018 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") issued on December 18, 2017 by Magistrate Judge Steven C. Mannion ("Judge Mannion"), recommending that this case be dismissed for Plaintiff Steven Gibson's failure to comply with this Court's orders. No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion (ECF No. 42) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                                              s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
      Magistrate Judge Mannion